**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

**Civil Action No.** 11-cv-01418-WJM-KMT     FTR - Courtroom C-201

**Date:** January 19, 2012                  Deputy Clerk, Nick Richards


MARK PAVLOVIC, and                          Keith A. Shandalow
KRISTIN PAVLOVIC,

      Plaintiffs,

v.

GALISO, INC., a Colorado Corporation, and   Jason Douglas Harrison
CHARLES GRENCI,                             Karen Dell Grenci

      Defendants.

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**
**Court in session: 11:07 a.m.**
Court calls case.  Appearances of counsel.  Defendant Charles Grenci is present with defense counsel.  Plaintiff Mark Pavlovic appears by telephone.

Motion Hearing is called regarding Plaintiff's Motion to Disqualify Karen D. Grenci as Counsel for Defendants [Doc. No. 28, filed December 15, 2011].

Oral argument from plaintiff.
Oral argument from defense.

The court considers the proffer of evidence from both Plaintiff and Defendant should either Mark Pavlovic or Charles Grenci have testified during the hearing.

It is **ORDERED**:     Motion to Disqualify Karen D. Grenci as Counsel for Defendants [28] is **GRANTED**.  Karen D. Grenci is disqualified as counsel in this matter because she is a necessary witness and has not met a burden of substantial hardship to justify allowing her to remain on the case.  Ms. Grenci shall not participate as counsel in trial or depositions.  Jason Douglas Harrison is already present as counsel in this matter and will be the sole counsel for Defendants.

**Court in Recess: 11:22 a.m.**
Hearing concluded.
Total In-Court Time    00:15

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.