## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.** 11-cv-01418-WJM-KMT | FTR - Courtroom C-201 |
| **Date:** February 14, 2012 | Deputy Clerk, Nick Richards |
| | |
| MARK PAVLOVIC, and<br>KRISTIN PAVLOVIC, | Keith Alan Shandalow (by phone) |
| Plaintiffs, | |
| v. | |
| GALISO, INC., a Colorado Corporation, and<br>CHARLES GRENCI, | Jason Douglas Harrison (by phone) |
| Defendants. | |

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**
**Court in session: 11:03 a.m.**
Court calls case.  Appearances of counsel.

Motion Hearing is called regarding Defendant's Motion for Telephonic Deposition of Marianne Wagenheim [Doc. No. 48, filed February 8, 2012].

It is **ORDERED**: Defendant's Motion for Telephonic Deposition of Marianne Wagenheim [48] is **DENIED**. For the purpose of the deposition of Ms. Wagenheim ONLY, the Discovery cut-off deadline is extended from February 17, 2012 to March 2, 2012. The deposition of Marianne Wagenheim shall be held during the week of February 27, 2012 at a date and time convenient to all counsel. Defendants will pay the costs of Ms. Wagenheim's travel to Denver for her deposition.

**Court in Recess: 11:15 a.m.**
Hearing concluded.
Total In-Court Time    00:12

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.