**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 11-cv-01418-WJM-KMT

MARK PAVLOVIC, and
KRISTIN PAVLOVIC

    Plaintiffs,

v.

GALISO, INC., a Colorado Corporation, and
CHARLES GRENCI

    Defendants.

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS**

---

This matter comes before the Court on the Parties' Stipulated Motion to Dismiss With Prejudice (ECF No. 95) filed May 2, 2013. The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Stipulated Motion is GRANTED. The above-captioned matter is DISMISSED WITH PREJUDICE. Each party shall pay his, her, or its own attorney's fees and costs.

Dated this 3rd day of May, 2013.

BY THE COURT:

_William J. Martínez_
United States District Judge